# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLAH KEYES,** | CASE NO. 19-cv-00345-YGR |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |
| **NANCY A BERRYHILL,** | |
| Defendant. | |

**TO PLAINTIFF ALLAH KEYES AND PLAINTIFF'S COUNSEL OF RECORD**:

This case was filed on January 18, 2019. Since then, the Court has entered four separate stipulations to extend the briefing schedule. In its latest order granting such a stipulation, the Court set a deadline of November 18, 2019 for plaintiff to file a motion for summary judgment. As of the date of this Order, plaintiff has not filed the motion.

Accordingly, **YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than April 24, 2020, why your claims should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Failure to timely file a written response shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

**IT IS SO ORDERED.**

Dated: March 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**